| | |
|---|---|
| 1 | Cheryl L. O'Connor, Bar No. 173897 |
| 2 | coconnor@jonesday.com<br>Courtney P. O'Connor, Bar No. 353818 |
| 3 | courtneyoconnor@jonesday.com<br>Jones Day |
| 4 | 3161 Michelson Drive, Suite 800<br>Irvine, California  92612.4408 |
| 5 | Telephone:  +1.949.851.3939<br>Facsimile:   +1.949.553.7539 |
| 6 | Attorneys for Defendant |
| 7 | Experian Information Solutions, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARKLEY,<br><br>             Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., AND DOES 1-10, INCLUSIVE,<br><br>             Defendant. | Case No. 2:24-cv-01010<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    A. Central Source LLC

    B. Online Data Exchange LLC

    C. New Management Services LLC

    D. VantageScore Solutions LLC

    E. Opt-Out Services LLC

3. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: February 6, 2024

Respectfully submitted,

By: */s/ Courtney P. O'Connor*
     Courtney P. O'Connor

Attorneys for Defendant
Experian Information Solutions, Inc.